**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **TOMMIE MULLINS, JR a/k/a "TJ" a/k/a "BO" a/k/a "MINI"** <br> **ANTHONY CHAMPION** <br> **TRENTON CLEMONS** <br> **CHRISTOPHER HILL** <br> **DARIUS JENKINS** <br> **JAVONTA PADEN** <br> **ADRIAN PALMER a/k/a "AP"** <br> **ADRIAN PLEASANTS** <br> **TRENTON THOMAS a/k/a "BUBBLE"** <br> **COREY TURNER a/k/a "LITO RED"** <br><br> **Defendants.** | **CASE NO. 4:24-CR-19-CDL** |

**ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO DECLARE CASE COMPLEX PURSUANT TO 18 U.S.C. § 3161(h)(7)(B) AND TO CONTINUE THE CASE**

Before the Court is the Government's Unopposed Motion to Declare Case Complex Pursuant to 18 U.S.C. § 3161(h)(7)(B) and to Continue the Case from the December 2024 Trial Term. In its Motion, the Government represents that additional time is needed to serve the discovery material in this case due to its voluminous nature and that the case should be continued from the Court's upcoming December 2024 trial term. Counsel for the Defendants do not oppose the Government's Motion.

Having considered the matter, the Court agrees that the voluminous discovery and nature of the prosecution supports the parties' motion and justifies any delay in trial.

Pursuant to 18 U.S.C.§ 3161(h)(7)(B)(ii), the Court declares the case complex; the Court finds it serves the ends of justice to grant the requested extended discovery and Standard Pretrial Order deadlines and continuance from the Court's December 2024 trial term to allow the Government adequate time to fulfill its discovery obligations. The ends of justice served by granting the extension and continuance outweigh the interests of the Defendants and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, the Government's Unopposed Motion is **GRANTED**, and **IT IS HEREBY ORDERED** that the deadline for service of discovery material in this case be extended until **November 13, 2024** and that the trial of this case be continued until **May 27, 2025.** The delay occasioned by this continuance shall be excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h).

SO ORDERED, this 16th day of October, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA